UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by /A D.C.
MAY - 8 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# MOTIONS HEARD IN OPEN COURT

Civil Hearing\Trial _____

Criminal Hearing\Trial ✓

Other Proceedings: _____

Date: 5/8/98    Time: 11:00

JUDGE: KENNETH L. RYSKAMP

REPORTER: RICK GREENSPAN
DEPUTY CLERK: IRENE RIVERA

Case # 98-8039

USA
Plaintiff

Neil Karadbil for
Plaintiff's Attorney
Carolyn Bell

Warren D. Johnson
Defendant

Pro-se
Defendant's Attorney

DESCRIPTION OF MOTION  Motion to represent himself.

Motion:   \_\_\_ Granted
          \_\_\_ Denied
          \_\_\_ Granted in part\denied in part
          \_\_\_ Withdrawn
          \_\_\_ Ruling reserved

referred to Vitunac for financial ability and for appt. of counsel.

*DESCRIPTION OF MOTION* _____

*Motion:*   \_\_\_\_ *Granted*
          \_\_\_\_ *Denied*
          \_\_\_\_ *Granted in part\denied in part*
          \_\_\_\_ *Withdrawn*
          \_\_\_\_ *Ruling reserved*

_____

•

*DESCRIPTION OF MOTION* _____

*Motion:*   \_\_\_\_ *Granted*
          \_\_\_\_ *Denied*
          \_\_\_\_ *Granted in part\denied in part*
          \_\_\_\_ *Withdrawn*
          \_\_\_\_ *Ruling reserved*

_____

*DESCRIPTION OF MOTION* _____

*Motion:*   \_\_\_\_ *Granted*
          \_\_\_\_ *Denied*
          \_\_\_\_ *Granted in part\denied in part*
          \_\_\_\_ *Withdrawn*
          \_\_\_\_ *Ruling reserved*

_____