UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 98-8039-CR-RYSKAMP |
| ) | Magistrate Judge Vitunac |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WARREN D. JOHNSON, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| _____) | |

THIS CAUSE is before the Court on a May 11, 1998 Order of Reference from United States District Court Judge Kenneth L. Ryskamp for a determination of financial ability and appointment of counsel.

This court previously conducted a hearing with respect to defendant's financial ability and previously appointed a federal public defender. That order was set aside when the defendant indicated to the court that he wished to represent himself.

The district court conducted a hearing with respect to the defendant's indication that he wished to represent himself and it now appears that the defendant wishes to be represented by counsel. That being the case, this court reappoints the Federal Public Defender to represent the defendant in this case.

**DONE and ORDERED** this 11 day of May, 1998, at West Palm Beach in the Northern Division of the Southern District of Florida.

/s/ Ann E. Vitunac
ANN E. VITUNAC
U.S. Magistrate Judge

Copies Furnished To:
Clerk of Court
Carolyn Bell, AUSA
Federal Public Defender
Mr. Warren Johnson