```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 02-80353-CIV-RYSKAMP
                                              (98-8039-CR-RYSKAMP)
                                    MAGISTRATE JUDGE P. A. WHITE
```

MAR 18 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

WARREN D. JOHNSON,                  :

    Movant,                         :

v.                                  :       FINAL JUDGMENT
                                            MOTION TO VACATE
UNITED STATES OF AMERICA,           :

    Respondent.                     :

_____

For the reasons stated in the report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. This motion to vacate is denied.

2. All pending motions not otherwise ruled upon are dismissed, as moot.

3. This case is closed.

DONE AND ORDERED at West Palm Beach, Florida, this 17 day of Mar, 2004.

                                      UNITED STATES DISTRICT JUDGE
                                      Kenneth L. Ryskamp

cc: Warren D. Johnson, <u>Pro Se</u>
    Carolyn Bell, AUSA